UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:08 CR 147-05 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| RABIE ALI, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James S. Gallas, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On March 27, 2008 the government filed a twenty two count indictment, charging Defendant, Rabie Ali, with Conspiracy to Commit Mail Fraud in violation of Title 18 United States Code, Section 371, and Health Care Fraud in violation of Title 18 United States Code, Section 1347.  On April 3, 2008, Defendant Ali was arraigned and entered a plea of not guilty before Magistrate Judge George J. Limbert.  On December 10, 2008, Magistrate James S. Gallas, received Defendant Ali's plea of guilty to counts 13 and 14of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of

guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Ali is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Ali is adjudged guilty to Counts 13 and 14 of the Indictment, in violation of Title 18 United States Code, Section 1347. Sentencing will be on March 5, 2009, at 10:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE